IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARNICE ROGERS                                                                                          PLAINTIFF

v.                                    Case No. 5:09CV00197 JLH

GERALD ROBINSON, individually and in his
official capacity as Sheriff of Jefferson County;
ED ADAMS, individually and in his official capacity
as Captain of the Sheriff's Office of Jefferson County;
CLEON CARROLL, individually and in his official
capacity as Lieutenant of the Sheriff's Office of
Jefferson County; ROBERT JACKSON, individually
and in his official capacity as Lieutenant of the
Sheriff's Office of Jefferson County; and JOSH KING,
individually and in his official capacity                                                           DEFENDANTS

## ORDER

Arnice Rogers has filed a motion for voluntary dismissal. Counsel for defendants have notified the Court that they have no objection to the motion. The motion is therefore GRANTED, and this action is hereby dismissed without prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this 18th day of November, March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE