IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARNICE ROGERS                                                                                           PLAINTIFF

v.                                      Case No. 5:09CV00197 JLH

GERALD ROBINSON, individually and in his
official capacity as Sheriff of Jefferson County;
ED ADAMS, individually and in his official capacity
as Captain of the Sheriff's Office of Jefferson County;
CLEON CARROLL, individually and in his official
capacity as Lieutenant of the Sheriff's Office of
Jefferson County; ROBERT JACKSON, individually
and in his official capacity as Lieutenant of the
Sheriff's Office of Jefferson County; and JOSH KING,
individually and in his official capacity                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 18th day of November, March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE